# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 7 (Involuntary) |
| | ) | |
| **DANNY L. DARBY** | ) | Case No.  14-13360-RGM |
| | ) | |
| **Alleged Debtor.** | ) | |
| | ) | |

## LIST OF CREDITORS[1]

1. Net Credit
   200 W. Jackson Blvd., Suite 1400
   Chicago, Illinois, 60606
   Amount:  $2,000.00

2. Best Choice
   PO Box 472
   Talmage, CA, 95401
   Amount: $1,536.00

3. VIP Loan Shop
   4 Solomon's Arcade
   Charlestown, Nevis, West Indies
   Amount:  $1,350.00

4. Max Lend
   PO Box 639
   Parschall, ND 58770
   Amount: $1,536.47

5. Green Trust Cash
   PO Box 340
   Hays, MT 59527
   Amount: $350.00

6. Castle Payday Loans
   PO Box 704
   Waltensmeet, Michigan

---

[1] This list is a partial list of the Alleged Debtor's creditors.  The Alleged Debtor is working to produce a full and complete list of all of his creditors and will supplement this list as needed or as required by Bankruptcy Rule 1003(b).

**EXHIBIT A**

7. Lend Green
   Niiwin, LLC dba Lendgreen
   PO Box 221
   Lac du Flambeau, WI 54538
   Amount: $500.00

8. Sierra Lending, LLC
   PO Box 647
   Santa Ysabel, CA 92070
   Amount: $750.00

9. Springleaf Financial Corp.
   10350 Portsmouth Rd.
   Manassas, Virginia, 20109
   Amount: $25,000.00

10. Cashnet USA
    200 W. Jackson Blvd., Suite 2400
    Chicago, IL 60606
    Amount: $813.16

11. Slate Visa
    JP Morgan Chase
    Bank 270 Park Avenue
    New York, New York
    Amount: $4,748.00

12. BP Gas Card
    JP Morgan Chase Bank
    270 Park Avenue
    New York, New York
    Amount: $1111.00

13. Fauquier Capital, LLC
    540 Main Street
    Marshall, Virginia
    Amount: $2,946,000

14. JP Morgan Chase Bank
    270 Park Avenue
    New York, New York
    Amount: $38,000

**EXHIBIT A**

15. American Express
    200 Vesey Street
    Manhattan, NY 10080
    Amount:  $50,600.00

16. Bank of America
    100 N. Tryon Street
    Charlotte, N.C. 28255
    Amount:  $125,000.00

17. Exxon Mobil
    Processing Center
    PO Box 688938
    Des Moines, Iowa  50368
    Amount:  $1200.00

18. Ernie Kalman[2]
    Amount: $300,000.00

19. William Petersen[2]
    Amount: $70,000.00

20. Internal Revenue Service
    Internal Revenue Service Center
    Cincinnati, OH 45999-0010
    Amount: $50,000.00

21. Morgan Stanley
    1 New York Plaza, 8th Floor
    New York, NY  10004
    Amount: $49,341.14

22. Paul Singer, LLC[2]
    Amount: $99,000.00

23. Lump Sum Pension Loans[2]
    Amount: $8,400.00

24. Cashpoint[2]
    Amount: $99,000.00

25. Branch Banking & Trust Company
    200 West Second Street
    Winston-Salem, NC  27101
    Amount: $490.48

---

[2]  Addresses to be provided in a supplement to this list.

**EXHIBIT A**

26. Farm Credit of the Virginias, ACA
    106 Sanger Lane
    Staunton, VA 24402
    Amount: $3,324,995.38

27. Leclair Ryan
    Riverfront Plaza, East Tower
    951 East Byrd Street, Eighth Floor
    Richmond, VA 23219
    Amount: $1,872.50

28. First Capitol Source
    901 S. State Rd. 7
    Hollywood, Fla. 33023
    Amount: $68,000.00

*85380*